EDITH GRUBE HERRINGTON and Another, Appellants, v. FRANCIS E. LAIMBEER and Others, Respondents.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

HOPE HAMMOND, Appellant, v. THE CROWELL PUBLISHING COMPANY, Respondent.— Orders unanimously reversed, with twenty dollars costs and disbursements and the motion granted. The examination to be had only through Gertrude B. Lane, vice-president, and Albert E. Winger, treasurer. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley and Cohn, JJ.

ROSE HERSHENSTEIN, as Administratrix, etc., of SOLOMON HERSHENSTEIN, Deceased, Appellant, v. UNION RAILWAY COMPANY OF NEW YORK, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

ARTHUR TRACY, Respondent, v. THOMAS GROSVENOR (Sued Herein as " GROSVNER ") and Others, Appellants.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion for the examination of defendant Crawford Hill before trial denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

LEIGH CHEMISTS, INC., Appellant, v. LEIGH COSMETICS, INC., and WILLIAM H. HARDY, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

JOAN MAC WILLIE, Respondent, v. POSTAL LIFE INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

KARL IVANOVITCH MEJULIS and MARY BEAUDRIE, as Their Interests May Appear, Plaintiffs-Appellants, v. FIRST RUSSIAN INSURANCE COMPANY, Defendant. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of First Russian Insurance Company, Established in 1827, Respondent; BARNEY B. SCHLINGER, Temporary Receiver, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

ETHEL SCHUMAN, Respondent, v. MICHAEL BERMAN and MEYER CUTLER, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

In the Matter of the Application of JEROME FRANKLIN, Attorney, for an Order Fixing and Determining His Compensation for Legal Services Rendered in the Estate of HILDA S. SEMLER, Deceased, under Section 231-a of the Surrogate's Court Act.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.